# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# URBANA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 19-cr-20052-02 |
| ) | |
| **KABRISHA F. LUSTER,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

On March 11, 2020, Magistrate Judge Eric I. Long filed a Report and Recommendation Concerning Plea of Guilty. (ECF No. 38). No written objections were filed. Therefore, this Court adopts the Report and Recommendation. The plea of guilty of the Defendant to Count 1 of the Indictment is accepted, and Defendant is adjudged guilty of the offense.

The Sentencing Hearing remains set for July 27, 2020, at 2:00 PM in Urbana before Judge Michael M. Mihm.

Entered this 3rd day of April, 2020.

                                                                        s/ Michael M. Mihm
                                                                         Michael M. Mihm
                                                                         United States District Judge